# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON CIENIAWA,** : | **CIVIL ACTION NO. 1:09-CV-2130** |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **DR. DENTIST DAVID WHITE**, et al., : | |
| Defendants : | |

## ORDER

AND NOW, this 22nd day of January, 2010, upon consideration of plaintiff's motions for leave to file an amended complaint (Doc. 11) and for a preliminary injunction (Doc. 13), and it appearing that the relief sought in each of these motions relates to conduct that occurred since plaintiff has been housed at the State Correctional Institution at Fayette, Labelle, Pennsylvania, which is located in the United States District Court for the Western District of Pennsylvania, and it further appearing that the relief sought bears no relation to the present action, which involves an Eighth Amendment deliberate indifference to plaintiff's dental needs while housed at the State Correctional Institution at Camp-Hill, it is hereby ORDERED that the motions are DENIED without prejudice to plaintiff's right to pursue relief *via* a new action filed in the United States District Court for the Western District of Pennsylvania.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge