# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON CIENIAWA,** | : | CIVIL ACTION NO. 1:09-CV-2130 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DR. DENTIST DAVID WHITE, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 21st day of May, 2010, upon consideration of plaintiff's third motion for appointment of counsel (Doc. 33) it is hereby ORDERED that the motion is DENIED for the same reasons set forth in this court's prior orders denying counsel (Doc. 19, 23). If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge