# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON CIENIAWA**, | : | **CIVIL ACTION NO. 1:09-CV-2130** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DR. DENTIST DAVID WHITE**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of July, 2010, upon consideration of plaintiff's motion to amend his complaint to include specific allegations as to the newly identified defendants, correct the record with respect to the spelling of "Schaffer," and "inform" the court (Doc. 40), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 40) is GRANTED.

2. The Clerk of Court is directed to FORWARD to plaintiff a civil rights form complaint.

3. Plaintiff shall FILE an amended complaint utilizing the enclosed civil rights form on or before August 20, 2010. No attachments to the form will be accepted by the Court.

4. The amended complaint shall contain the same case number that is already assigned to this action (1:09-CV-2130) and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

5. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in rejection of the amended complaint. See FED. R. CIV. P. 20.

6. Failure to file an amended complaint within the specified time period will result in the matter proceeding on the original complaint.

7. The Clerk of Court is directed to EDIT the docket sheet to reflect the correct spelling of "Schaffer." (Doc. 40, at 1, ¶ 2.)

8. To the extent that plaintiff informs the court that he intends to appeal this court's order of July 13, 2010, if plaintiff still seeks to appeal the order, he must file a notice of appeal in accordance with Rule 4 of the Rules of Appellate Procedure.


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge