# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON CIENIAWA**, | : | CIVIL ACTION NO. 1:09-CV-2130 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **DR. DENTIST DAVID WHITE**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of November, 2010, upon consideration of the various pending motions filed by both plaintiff (Docs. 43, 44, 53, 55) and defendants (Docs. 51, 52), and it appearing that plaintiff filed a notice of appeal (Doc. 47) of this court's memorandum and order addressing defendants' motion to dismiss plaintiff's complaint and miscellaneous motions filed by plaintiff (Doc. 39), and that the appeal is currently pending in the United States Court of Appeals for the Third Circuit (Docs. 46-48), it is hereby ORDERED that:

1. This matter is hereby STAYED. The stay will be automatically lifted upon final disposition of the appeal

2. The pending motions (Docs. 43, 44, 51, 52, 53, 55) are DENIED without prejudice to the parties' rights to re-file the motions after the stay is lifted.

3. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge