IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON CIENIAWA,** : | CIVIL ACTION NO. 1:09-CV-2130 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **DR. DENTIST DAVID WHITE**, et al., : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 27th day of September, 2011, upon consideration of plaintiff's motion to lift the stay (Doc. 59) imposed in this matter as a result of plaintiff's interlocutory appeal (Doc. 47), and it appearing that the United States Court of Appeals for the Third Circuit recently dismissed the appeal for lack of appellate jurisdiction (Doc. 58), and it further appearing that prior to the fling of the notice of appeal, plaintiff was afforded the opportunity to file an amended complaint, it is hereby ORDERED that:

1. Plaintiff's motion to lift the stay (Doc. 59) is GRANTED. The stay (Doc. 46) in this matter is LIFTED.

2. The Clerk of Court is directed to REOPEN this matter.

3. Plaintiff's request for copies (Doc. 57) is DENIED.

4. The Clerk of Court is directed to FORWARD to plaintiff a civil rights form complaint.

5. Plaintiff shall FILE an amended complaint utilizing the enclosed civil rights form on or before October 26, 2011. No attachments to the form will be accepted by the Court.

6. The amended complaint shall contain the same case number that is already assigned to this action (1:09-CV-2130) and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter.  See FED. R. CIV. P. 8(e).

7. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in rejection of the amended complaint.  See FED. R. CIV. P. 20.

8. Failure to file an amended complaint within the specified time period will result in the matter proceeding on the original complaint.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge