## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON CIENIAWA, | : | CIVIL ACTION NO. 1:09-CV-2130 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| DR. DENTIST DAVID WHITE, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of November, 2011, upon consideration of plaintiff's

motion to withdraw his amended complaint (Doc. 76) and motion to

administratively close this matter (Doc. 78) pending his release from prison, it is

hereby ORDERED that:

1.   Plaintiff's motion to withdraw (Doc. 76) his amended complaint (Doc. 64) is GRANTED and the Clerk of Court shall NOTE on the docket that the amended complaint (Doc. 64) is WITHDRAWN.

2.   Defendants' motion to dismiss plaintiff's amended complaint (Doc. 71) is DENIED as moot.

3.   Plaintiff's motion to administratively close this matter (Doc. 78) pending his release from prison is DENIED.

4.   The original complaint (Doc. 1) will govern and the matter will proceed on the claims that survived defendants' motion to dismiss the original complaint against the parties originally named and the parties substituted by plaintiff.  (Doc. 39, at 14, ¶¶ 1, 3.)

5.   Defendants shall file an answer to the complaint on or before December 21, 2011.

6.      The pre-trial schedule in the above-captioned case shall be as follows:

   a.      Discovery shall be completed on or before March 21, 2012.

   b.      Dispositive motions shall be filed on or before April 4, 2012.

   c.      Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

   d.      Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

   e.      No extensions of the pre-trial schedule shall be granted absent good cause.  See FED. R. CIV. P. 16(b).


                            S/ Christopher C. Conner
                           CHRISTOPHER C. CONNER
                           United States District Judge