IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON CIENIAWA,** | : | **CIVIL ACTION NO. 1:09-CV-2130** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DR. DENTIST DAVID WHITE, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 23rd day of January, 2012, upon consideration of plaintiff's subpoena in a civil case (Doc. 83) and "motion for subpoena notice to produce" (Doc. 87), and it appearing that in addition to requesting his medical records from Dr. Conrad, plaintiff has also requested that Dr. Conrad appear in person, it is hereby ORDERED that:

1. The Clerk of Court shall STRIKE the portion of the subpoena (Doc. 83) commanding Dr. Conrad to appear at the State Correctional Institution at Greensburg on December 15, 2011. Defendant Conrad is not required to appear.

2. The Clerk of Court shall STRIKE the portion of the subpoena (Doc. 83) commanding Dr. Conrad to produce the records on December 15, 2011, and substitute the date of March 1, 2012.

3. The "motion for subpoena notice to produce" (Doc. 87) is GRANTED.

4. The Clerk of Court shall forward the subpoena (Doc. 83), as revised, to plaintiff and plaintiff shall serve the subpoena in accordance with Federal Rule of Civil Procedure 45.

5. Plaintiff's motion (Doc. 85) to hold Dr. Conrad in contempt is DENIED.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge