# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON CIENIAWA,** : | **CIVIL ACTION NO. 1:09-CV-2130** |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **DR. DENTIST DAVID WHITE, et al.,** : | |
| Defendants : | |

## **ORDER**

AND NOW, this 24th day of January, 2012, upon consideration of plaintiff's motion for immediate relief (Doc. 88) in which plaintiff, an inmate incarcerated at the State Correctional Institute at Greensburg, Pennsylvania, which is located in the Western District of Pennsylvania, expresses concern for his safety and seeks a transfer to alternative custody for the remainder of his twenty-three month sentence, and it appearing that the prison in which he is incarcerated is not in this Court's jurisdiction, it is hereby ORDERED that plaintiff's motion (Doc. 88) is DENIED without prejudice to his right to seek immediate relief in the United States District Court for the Western District of Pennsylvania.

    S/ Christopher C. Conner  
    CHRISTOPHER C. CONNER  
    United States District Judge