# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON CIENIAWA, | : | CIVIL ACTION NO. 1:09-CV-2130 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| DR. DENTIST DAVID WHITE, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of July, 2012, upon consideration defendants' motion for leave to conduct a deposition of plaintiff (Doc. 120), who is presently incarcerated in the Luzerne County Correctional facility, see FED. R. CIV. P. 30(a)(2) ("A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison. . . ."); see also, Miller v. Bluff, 131 F.R.D. 698, 699-700 (M.D. Pa. 1990), and it appearing that the proposed deposition would not be unduly burdensome and is reasonably necessary for effective trial preparation, see FED. R. CIV. P. 26(b)(2) (permitting court to restrict discovery if *inter alia* "the burden or expense of the proposed discovery outweigh its likely benefit"), it is hereby ORDERED that the motion (Doc. 120) is GRANTED.  Defendants may depose plaintiff at a time and date agreeable to the prison administration at his place of confinement.

                                                         S/ Christopher C. Conner
                                                        CHRISTOPHER C. CONNER
                                                        United States District Judge