IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON CIENIAWA, | : | CIVIL ACTION NO. 1:09-CV-2130 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| DR. DENTIST DAVID WHITE, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 17th day of July, 2012, upon consideration of various motions filed by the parties (Docs. 101, 111, 113, 115, 116) it is hereby ORDERED that:

1. Plaintiff's motions for reconsideration (Docs. 111, 113) deeming plaintiff's motion to amend (Doc. 98), motion for subpoena of testimony and motion for sanctions and "other appropriate court action against Dr. Conrad" (Doc. 101), and motion for recusal of the undersigned (Doc. 104) withdrawn for failure to file supporting briefs are GRANTED in part and DENIED in part. The motions are granted to the extent that the portion of this Court's Order of May 7, 2012 (Doc. 106, portion of ¶ 1 addressing Doc. 101), deeming plaintiff's motion for subpoena of testimony and motion for sanctions and "other appropriate court action against Dr. Conrad withdrawn for failure to file a brief is VACATED based on plaintiff's brief in support found at page 2 of document 101. The motions for reconsideration are DENIED in all other respects.

2. Plaintiff's motion for immediate hearing, transport order, motion for subpoena of testimony and motion for sanctions and "other appropriate court action against Dr. Conrad" (Doc. 101) is DENIED for failure to filed proof of service of the subpoena upon Dr. Conrad in accordance with Federal Rule of Civil Procedure 45(b)(4).

3. Defendants' motion for extension of time *nunc pro tunc* to answer the complaint (Doc. 116) is GRANTED. Defendants' answer filed on May 25, 2012 (Doc.110) is DEEMED timely.

4. Defendants' motion to extend deadlines (Doc. 115) set forth in the pretrial schedule (Doc. 106, ¶ 4) is GRANTED. An amended scheduling order will issue after disposition of plaintiff's interlocutory appeal (Doc. 122).

5. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case pending disposition of plaintiff's interlocutory appeal (Doc. 122).

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge